IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CRIMINAL MINUTES - GUILTY PLEA HEARING

Case No.: **1:14-CR-00021-001**        Date: **11/13/14**

**Defendant:** Rebecca Monk, Bond                **Counsel:** Nancy Dickenson, AFPD

| PRESENT: | | |
|---|---|---|
| | JUDGE: | James P. Jones       TIME IN COURT: 10:04 – 10:23 a.m. |
| | Deputy Clerk: | Felicia Clark |
| | Court Reporter: | Bridget Dickert, OCR |
| | U. S. Attorney: | Randy Ramseyer |
| | USPO: | Betsy Roberts / Ryan Thayer |
| | Case Agent: | N/A |
| | Interpreter: | N/A |

**PROCEEDINGS:**

- ☐ Waiver of Indictment filed.
- ☐ Information filed.
- ☒ Plea Agreement filed with court prior to court hearing.
- ☐ Defendant advised of right to have U. S. District Judge accept plea.  Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
- ☒ Defendant re-arraigned as to Count 2 of the Indictment.
- ☒ Defendant placed under oath.  Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
- ☒ Court accepts plea of guilty, but defers acceptance of the plea agreement pending the completion of the PSI.
- ☐ Guilty plea form executed and filed.
- ☒ Government summarizes evidence to support plea and rests.
- ☒ Court finds defendant guilty as charged in Count 2 of the Indictment.
  OR
- ☐ U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Count 2 of Indictment | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

- ☒ Court orders Presentence Report.
- ☐ Copy of Presentence Report not requested.
- ☒ Defendant to remain on bond.
- ☐ Defendant remanded to custody.
- ☒ Sentencing hearing scheduled for February 9, 2015 at 10:30 a.m. in Abingdon, VA before Judge James P. Jones.